Farimah Faiz Brown, City Attorney (State Bar No. 201227)
Laura Iris Mattes, Deputy City Attorney (State Bar No. 310594)
Nubyaan Scott, Deputy City Attorney (State Bar No. 331584)
Marc Shapp, Deputy City Attorney (State Bar No. 266805)
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6997
Facsimile: (510) 981-6960
Email: MShapp@berkeleyca.gov
       LMattes@berkeleyca.gov
       NScott@berkeleyca.gov

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, THOMAS GREGORY, PAUL BUDDENHAGEN, PETER RADU, OKEYA VANCE-DOZIER, DOES 1-10<br><br>　　　　Defendants. | Case No.  4:25-CV-04449<br><br>**AMENDED JOINT STIPULATION AND ORDER AS MODIFIED GRANTING CONTINUANCE OF HEARING ON APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>**Hon:** Haywood S. Gilliam, Jr. |

**AMENDED JOINT STIPULATION FOR CONTINUANCE AND ORDER AS MODIFIED**

**AMENDED JOINT STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Berkeley Homeless Union ("Plaintiff") and Defendants City of Berkeley, Thomas Gregory, Paul Buddenhagen, Peter Radu, and Okeya Vance-Dozier, ("Defendants") stipulate to reschedule the hearing on BHU's Application for Preliminary Injunction:

WHEREAS, on May 27, 2025, Plaintiffs filed a Complaint and contemporaneously with their Complaint filing, Plaintiffs filed an Ex Parte Application for Temporary Restraining Order and Preliminary Injunction. ECF Nos. 1, 2;

WHEREAS, on May 27, 2025 this Court denied Plaintiff's motion for a Temporary Restraining Order, ordered Defendants to file a response to Plaintiff's motion for Preliminary Injunction by noon on Thursday, May 29, 2025, and set a hearing on Plaintiff's motion for Preliminary Injunction for 3:00 p.m. on Thursday, May 29, 2025. ECF No. 8;

WHEREAS, on May 28, 2025 counsel for Plaintiff and Defendants' counsel met and conferred telephonically to discuss an enlarged briefing schedule;

WHEREAS, no previous time modifications have been requested or ordered in this case;

WHEREAS, good cause exists for the enlargement of time to allow the parties to offer a more complete record for the Court's consideration;

WHEREAS, the parties filed a Joint Stipulation on May 28, 2025, seeking to continue the hearing on Plaintiff's motion for preliminary injunction to Friday, June 6, 2025;

WHEREAS, the parties are informed that the Court is available to hear Plaintiff's motion for preliminary injunction on Thursday, June 5, 2025;

THEREFORE, the parties hereby stipulate as follows:

**1.** Subject to the Court's availability, the hearing on Plaintiff's motion for Preliminary Injunction be rescheduled to Thursday, June 5, 2025.

**2.** Defendants will file their response to Plaintiff's motion for Preliminary Injunction on Monday, June 2, 2025.

**3.** Plaintiff will file its reply, if any, on June 4, 2025.

**4.** Defendants will refrain from clearing the encampment at Ohlone Park until after the Court has ruled on Plaintiff's motion.

IT IS SO STIPULATED AND AGREED.

Dated: May 29, 2025

By: /s/ Anthony Prince

Anthony Prince
Attorney for Plaintiff

Dated: May 29, 2025          Berkeley City Attorney's Office

By: /s/ Marc Shapp

Marc Shapp
Deputy City Attorney
Attorney for City of Berkeley

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Marc Shapp, attest that I have obtained concurrence from all signatories to file this document.

**ORDER AS MODIFIED**

After considering the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for Preliminary Injunction is rescheduled to June 5, 2025, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.  The Court further ORDERS that the hearing shall also be accessible via Public Zoom Webinar.  Members of the public and media may access the webinar information at https://www.cand.uscourts.gov/hsg.

IT IS FURTHER ORDERED that Defendants shall file their response to Plaintiff's motion for Preliminary Injunction on Monday, June 2, 2025.  Plaintiff shall file its reply, if any, on June 4, 2025.

IT IS SO ORDERED.

Dated:  May 29, 2025

_____
Honorable Judge Haywood S. Gilliam, Jr.