UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY HOMELESS UNION,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, et al.,<br><br>  Defendants. | Case No. 25-cv-04449-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on July 8, 2025. The parties disputed whether Plaintiff is entitled to a jury trial on any of its claims. *See* Dkt. No. 19 at 7. At the case management conference, the Court directed the parties to file simultaneous briefs setting out their positions on the issue by July 22, 2025. *See* Dkt. No. 21. Defendants timely filed their opposition to Plaintiff's demand for jury trial. *See* Dkt. No. 22. As of the date of this Order, Plaintiff has not submitted its brief or any response. Accordingly, having considered the parties' proposals and Defendants' brief, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | August 22, 2025 |
| Close of Fact Discovery | November 21, 2025 |
| Exchange of Opening Expert Reports | December 12, 2025 |
| Exchange of Rebuttal Expert Reports | January 9, 2026 |
| Close of Expert Discovery | January 23, 2026 |
| Dispositive Motion Hearing Deadline | March 12, 2026, at 2:00 p.m. |
| Pretrial Conference | June 9, 2026 at 3:00 p.m. |
| Bench Trial (5 days) | July 6, 2026 at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   7/31/2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge